```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 12-5568 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Bonnie R. Whiteman, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Bonnie R. Whiteman, in the principal amount of $3,064.78 plus interest accrued to June 22, 2012, in the sum of $5,270.00; with interest accruing thereafter at the daily rate of $0.68 until entry of judgment, for a total amount of $**8,344.78**.

DATED: AUGUST 2, 2012        By _/s/ Yvette Loris_
                                Clerk of the Court

                             _____
                                Deputy Clerk
                                United States District Court