JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-5568 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Bonnie R. Whiteman, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Bonnie R. Whiteman, in the principal amount of $3,064.78 plus interest accrued to June 22, 2012, in the sum of $5,270.00; with interest accruing thereafter at the daily rate of $0.68 until entry of judgment, for a total amount of $**8,344.78**.

DATED: AUGUST 2, 2012           By: TERRY NAFISI
                                    Clerk of the Court

                                    Deputy Clerk
                                    United States District Court